1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEWEY JOE DUFF,                          1:12-cv-00110-GSA-PC

12              Plaintiff,                     ORDER TRANSFERRING CASE TO THE
                                              NORTHERN DISTRICT OF CALIFORNIA
13         vs.

14   EDMUND G. BROWN, et al.,

15              Defendants.

16
     _____/
17

18         Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983.

20         The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

24   situated, or (3) a judicial district in which any defendant may be found, if there is no district in which

25   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

26         In this case, none of  the defendants reside in this district.  The claim arose in Marin County,

27   which is in the Northern District of California.  Therefore, plaintiff's claim should have been filed in the

28   United States District Court for the Northern District of California.  In the interest of justice, a federal

                                            −1−

1  court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);

2  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4  District Court for the Northern District of California.

5         IT IS SO ORDERED.

6  **Dated:   January 26, 2012**                    _____/s/ **Gary S. Austin**_____
                                                      UNITED STATES MAGISTRATE JUDGE

−2−