UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWEY JOE DUFF, | ) | 1:12-cv-00110-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DISREGARDING PLAINTIFF'S MOTION |
| | ) | |
| vs. | ) | |
| | ) | |
| EDMUND G. BROWN, et al., | ) | (Doc. 5) |
| | ) | |
| | ) | |
| Defendants. | ) | |

Dewey Joe Duff ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2012, Plaintiff filed this action at this Court. (Doc. 1.) On January 27, 2012, the case was transferred to the United States District Court for the Northern District of California for lack of venue. (Doc. 3.) On March 1, 2012, Plaintiff filed a "Motion for Clarification of Record and Compliance to Legislative Demands by and through United States Statute Law." (Doc. 5.) Because the Northern District now has venue, Plaintiff's Motion is more properly brought at the Northern District.

Based on the foregoing, Plaintiff's Motion is HEREBY DISREGARDED by this Court.

IT IS SO ORDERED.

Dated: March 2, 2012              /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE